| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| In Re: |

Case Number: _____

Chapter:         13

Judge: _____

# NOTICE OF RECEIPT OF RESPONSE TO
# NOTICE OF FINAL CURE PAYMENT

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: June 6, 2018                    JEANNE A. NAUGHTON, Clerk

*rev. 1/4/17*