**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gabriel Rodriguez** <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4611 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–21623–JNP | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gabriel Rodriguez

9/18/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                         Case No. 13-21623-JNP
Gabriel Rodriguez                                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                   Date Rcvd: Sep 18, 2018
                               Form ID: 3180W               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db             +Gabriel Rodriguez,    1309 Princess Street,     Williamstown, NJ 08094-2915
513961944      +451 Rescue LLC,    455 East 116th Street,    New York, NY 10029-1630
514005979      +451 Rescue LLC,    Edward S. Zizmor,    60 Court Street,    Hackensack, NJ 07601-7065
513961945      +Advocare Family Medical Associates,     132 Grove Street Suite A,    Haddonfield, NJ 08033-1224
513961946       Ana Oquendo,    923 No. 28th Street,    Camden, NJ 08105
513961948       C & S Auto Enterprises,    Route 130 & Klemm Ave,    Gloucester City, NJ 08030
513961949      +Chase,   PO Box 24696,    Columbus, OH 43224-0696
513961950       Club Fitness Westville,    1060 Old Broadway,    Westville, NJ 08093
516817014       Deutsch Bank National Trust Company, as Trustee,     KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,     Westmont, NJ 08108
514196858      +Deutsch Bank National Trust Company, as Trustee, i,     c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,     Mountainside, NJ 07092-2315
513961952       Eichenbaum & Stylianou,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914
513961953      +Exxon/Citibank CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
513961954      +Fein, Such, Kahn & Shepard PC,     7 Century Drive,   Suite 201,    Parsippany, NJ 07054-4673
513961964       PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
513961963      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2018 23:46:07      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2018 23:46:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513961947      +EDI: ACCE.COM Sep 19 2018 03:18:00      Asset Acceptance LLC,    PO Box 1630,
                 Warren, MI 48090-1630
514171889      +EDI: ACCE.COM Sep 19 2018 03:18:00      Asset Acceptance LLC,    P.O. Box 2036,
                 Warren MI 48090-2036
513961956       EDI: AMINFOFP.COM Sep 19 2018 03:18:00      First Premier Bank,    3820 N Louise Avenue,
                 Sioux Falls, SD 57107-0145
513961958      +EDI: HFC.COM Sep 19 2018 03:18:00     HSBC Auto Finance,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
513961957       EDI: HFC.COM Sep 19 2018 03:18:00     Household Bank/Suzuki,    P.O. Box 30253,
                 Salt Lake City, UT 84130-0253
513961959       EDI: IIC9.COM Sep 19 2018 03:18:00     IC Systems Collections,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
513961960      +EDI: RESURGENT.COM Sep 19 2018 03:18:00      LVNV Funding LLC,    625 Pilot Road,    Suite 3,
                 Las Vegas, NV 89119-4485
514229632       EDI: RESURGENT.COM Sep 19 2018 03:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514223261       EDI: RESURGENT.COM Sep 19 2018 03:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of CVF Consumer Acquisition,     Company,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
513961961      +E-mail/Text: mc@marshalcoleman.com Sep 18 2018 23:45:11      Marshall Coleman, esq.,
                 32 Broadway Suite 1710,    New York, NY 10004-1629
513961962      +E-mail/PDF: bankruptcy@ncfsi.com Sep 18 2018 23:48:37      New Century Financial,
                 110 South Jefferson Road,    #104,   Whippany, NJ 07981-1038
513961965      +EDI: DRIV.COM Sep 19 2018 03:18:00      Santander Consumer USA,    8585 N. Stemmons Freeway,
                 Suite 1000,    Dallas, TX 75247-3800
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513961951       Dolores Diaz
513961955      ##+First Credit Services, Inc.,    371 Hoes Lane,   Suite 300B,    Piscataway, NJ 08854-4143
                                                                                 TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1           User: admin                Page 2 of 2                   Date Rcvd: Sep 18, 2018
                               Form ID: 3180W             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:

              Andrew M. Lubin    on behalf of Creditor    Deutsch Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed
               Certificates, Series 2006-10 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Deutsch Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed
               Certificates, Series 2006-10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Deutsch Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10,Asset-Backed Certificates,
               Series 2006-10 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Leonard R. Wizmur    on behalf of Debtor Gabriel   Rodriguez lwizmur@mpadlaw.com,
               lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r
               62202@notify.bestcase.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY,, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-10
               bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsch Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-10, Asset-Backed
               Certificates, Series 2006-10 rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor Gabriel   Rodriguez tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
                                                                                             TOTAL: 9